DANIEL B. ROSETTY, PLAINTIFF-APPELLANT, CROSS-RE-SPONDENT, v. TOWNSHIP COMMITTEE OF THE TOWN-SHIP OF HAMILTON, IN THE COUNTY OF MERCER, A BODY POLITIC OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT, CROSS-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued January 16, 1967—Decided July 12, 1967.

Before Judges CONFORD, FOLEY and LEONARD.

*Mr. George L. Pellettieri* argued the cause for appellant, cross-respondent (*Messrs. Pellettieri and Rabstein,* attorneys; *Miss Ruth Rabstein,* on the brief).

*Mr. William A. Dietrich* argued the cause for respondent, cross-appellant.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of Judge Barlow, reported at 82 *N. J. Super.* 340 (*Law Div.* 1964).